UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD WINSLOW,

       Plaintiff,

v.

PATRICIA VORAC,

       Defendant.
_____/

Case No.: 1:08-cv-229

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant Patricia Vorac's Motion for Summary Judgment Based on Failure to Exhaust Administrative Remedies (Dkt. #41) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Ronald Winslow's complaint is **DISMISSED**.

Dated: April 24, 2009

                         /s/ Paul L. Maloney
                         Paul L. Maloney
                         Chief United States District Judge